# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NEW HOPE METHODIST CHURCH

VERSUS

BOARD OF TRUSTEES OF THE
LOUISIANA ANNUAL CONFERENCE
OF THE UNITED METHODIST
CHURCH, SOUTH CENTRAL
JURISDICTION

CONSOLIDATED WITH

CONCORD METHODIST CHURCH

VERSUS

BOARD OF TRUSTEES OF THE
LOUISIANA ANNUAL CONFERENCE
OF THE UNITED METHODIST
CHURCH, SOUTH CENTRAL
JURISDICTION

NO. 2024 CW 0294

**JUNE 28, 2024**

---

In Re:   New Hope Methodist Church and Concord Methodist
         Church, applying for rehearing, 20th Judicial District
         Court, Parish of West Feliciana, Nos. 24739 c/w 24740.

---

**BEFORE: WELCH, WOLFE, AND STROMBERG, JJ.**

   **APPLICATION FOR REHEARING DENIED.**

                              **JEW**
                              **EW**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT